UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:                                                  Chapter 13

        Michael Damiano & Nilsa Bonilla

                                                   Case No. 10-24381 (_____)

                                 Debtor(s).

-----------------------------------------------------------x

## LOSS-MITIGATION REQUEST – BY THE DEBTOR

I am a Debtor in this case. I hereby request loss mitigation with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

Citi Mortgage Loan # 1120620225, P.O.Box 9438, Gaithersburg, MD 20898


**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in loss mitigation in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of this loss mitigation. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the loss mitigation period.


Sign: /s/Michael Damiano    /s/ Nilsa Bonilla                 Date: 3/23, 2011

Print Name:                  Michael Damiano      Nilsa Bonilla

Telephone Number:         845-425-2510

E-mail address (if any):      bleichmanklein@yahoo.com

cc: Joshua Bleichman